FILED

2012 Jan-03  PM 12:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY SPARKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Civil Action Number** |
| | ) | **5:10-cv-03283-RDP** |
| WARDEN BILLY MITCHEM; THE | ) | |
| ATTORNEY GENERAL FOR THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by Petitioner Anthony Sparks, challenging his guilty-plea conviction for attempted manufacturing of a controlled substance in the second degree in the Circuit Court of Madison County.  (Doc. #1). Specifically, Sparks argues that his plea was unlawfully induced when his counsel promised him that, if he pleaded guilty, he would be placed on probation.  (*Id*. at 4-5).  After preliminary review, the Magistrate Judge assigned this case issued a Report and Recommendation, finding that the petition was due to be denied and dismissed with prejudice because Sparks's claims were procedurally defaulted in the state courts.  (Doc. #7 at 15).  Additionally, the Magistrate Judge found that nothing before the court demonstrates that the state courts' determinations were contrary to, or involved an unreasonable application of, clearly established federal law or fact.  (*Id*.).  Sparks has not filed any objections to the Magistrate Judge's determination.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and

conclusions of the court.  In accordance with the Recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

      **DONE** and **ORDERED** this _____3rd_____ day of January, 2012.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE